**BAYER INTELLECTUAL PROPERTY GMBH, Bayer Pharma AG,**
Plaintiffs–Appellants

v.

**WARNER CHILCOTT COMPANY, LLC, Warner Chilcott (US), LLC, Warner Chilcott PLC, Defendants–Appellees.**

No. 2015–1716.

United States Court of Appeals, Federal Circuit.

April 12, 2016.

Matthew R. Ford, Bartlit Beck Herman Palenchar & Scott LLP, Chicago, IL, argued for plaintiffs-appellants. Also represented by Sharon Desh.

Christopher Neil Sipes, Covington & Burling LLP, Washington, DC, argued for defendants-appellees. Also represented by Eric Ritland Sonnenschein.

PROST, Chief Judge, MOORE and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**